CHAPTER 13 TRUSTEE
P.O. Box 1738
Boise, ID  83701
Ph:  (208) 343-4476
Fax:  (208) 343-4494
bernie@bernierakozy.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

|  |  |
|---|---|
| In Re:  DiGiorgio, Jean A. | Chapter 13 |
|  | Case No  05-05113  TLM |
|  | **CERTIFICATE OF COMPLETION** |

Bernie R. Rakozy, Chapter 13 Trustee in the above captioned matter, hereby certifies

that to the best of his knowledge, information and belief the above-named debtor(s) has

completed all payments due under the Chapter 13 plan.  The trustee will file a Final Report

and Account when all checks issued in this case have cleared the payor bank.  The trustee

recommends that the debtor(s) be granted a discharge pursuant to 11 U.S.C. 1328(a).

DATED:  November 20, 2008

/s/
Bernie R. Rakozy
Ch. 13 Trustee

CERTIFICATE OF COMPLETION