## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

U.S. COURTS

DEC 24 2008

Rcvd _____ Filed _____ Time 1:00
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

| In Re: DiGiorgio, Jean A. | ) | CHAPTER: 13 |
|---|---|---|
| | ) | |
| | ) | CASE NO.: 05-05113 TLM |
| | ) | |
| | ) | TURNOVER OF FUNDS |
| | ) | TO THE CLERK |
| | ) | |
| | ) | |

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

**NAME & ADDRESS OF CREDITOR**              **AMOUNT NOT DISBURSED**

2. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. §347(a).

| **NAME & ADDRESS OF CREDITOR** | **CHECK NO.** | **DATED** | **AMOUNT** |
|---|---|---|---|
| eCast Settlement Corp.<br>P.O. Box 7247-6971<br>Philadelphis, PA  19170-6971 | 37850 | 12/24/2008 | $21.74 |
| | | **TOTAL** | **$ 21.74** |
| | **TOTAL AMOUNT REMITTED** | | **$ 21.74** |

/S/   Bernie Rakozy Trustee



FEE PAID
R# 54061