In The United States Bankruptcy Court
FOR THE
DISTRICT OF IDAHO

IN RE: Jean A. DiGiorgio                           CASE No. 05-05113-TLM

300 S. Straughan Ave. #206
Boise, ID  83712

# FINAL REPORT AND ACCOUNT
DATED: 01-29-09
CLOSED [COMPLETE]

Pursuant to Chapter 13 Rule 2015[a][6], your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015[a][6] are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $4964.00
14.08 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | FORD MOTOR CREDIT COMPANY | UNSECURED | 3485.01 | 490.85 | | |
| 002 | eCAST Settlement Corporation | UNSECURED | 565.57 | 79.66 | | |
| 003 | WELLS FARGO CARD SERVICES | UNSECURED | 1542.39 | 217.24 | | |
| 004 | BANK OF AMERICA, NA | SECURED | | | | |
| 005 | CREDIT DATA IDAHO, INC | UNSECURED | 98.96 | 13.94 | | |
| 006 | eCAST Settlement Corporation | UNSECURED | 3310.34 | 466.24 | | |
| 007 | RESURGENT CAPITAL SERVICES | UNSECURED | 7334.67 | 1033.05 | | |
| 008 | eCast Settlement Corporation | UNSECURED | 1260.59 | 155.81 | | |
| 009 | Roundup Funding, L.L.C. | UNSECURED | 405.06 | 57.05 | | |
| 101 | Les Schwab Tire Center | | 532.03 | 532.03 | | |
| 111 | JAKE PETERSON | ATTORNEY FEES | 1400.00 | 1400.00 | | |

ATTORNEY        : JAKE PETERSON
DATE FILED      : 10-14-05
DATE CONFIRMED  : 01-10-06
DATE TERMINATED : 11-13-08

REFUND TO DEBTOR: 0.00

| | |
|---|---:|
| ADMINISTRATIVE | 532.03 |
| ATTORNEY FEES | 1400.00 |
| TRUSTEE COMMISSION | 496.39 |
| UNSECURED | 2535.58 |
| INTEREST | 0.00 |
| TOTAL DISBURSEMENTS | 4964.00 |

/S/ Bernie R. Rakozy
TRUSTEE